**Opinion issued December 20, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00480-CV

————————————

## WEST ROAD 330 LP, Appellant

## V.

## HARRIS COUNTY MUNICIPAL UTILITY DISTRICT NO. 172 AND PTEXLLC1, Appellees

On Appeal from the 215th District Court
Harris County, Texas
Trial Court Case No. 2015-56517

## MEMORANDUM OPINION

Appellant, West Road 330 LP, has filed a motion to dismiss this appeal because it no longer desires to pursue this appeal. *See* TEX. R. APP. P. 42.2(a)(1). The certificate of conference indicates that appellee, Harris County Municipal Utility District No. 172 is unopposed to the motion to dismiss, but appellant was

unable to confer with appellee, PTEXLLC1.  No opinion has issued.  More than 10 days have passed and no party has responded to the motion.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.